

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT DEMARIA | No. **16CR 679**<br><br>Violations: Title 18, United States Code, Sections 2252A(a)(1) and 2252A(a)(5)(B) |

JUDGE CHANG

MAGISTRATE JUDGE COX

### COUNT ONE

The SPECIAL FEBRUARY 2016 GRAND JURY charges:

On or about August 12, 2013, at Lisle, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT DEMARIA,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which included the image "__hr_rimg0216.jpg", using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(1).

**FILED**

OCT 19 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The SPECIAL FEBRUARY 2016 GRAND JURY further charges:

On or about June 17, 2014, at Lisle, in the Northern District of Illinois, Eastern Division,

ROBERT DEMARIA,

defendant herein, knowingly possessed material, namely, (1) a Dell Inspiron N4110 laptop, serial number 51050Q1; (2) a 32 gigabyte SD card; and (3) a 2 gigabyte SD card, that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not obtained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2016 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property: a Dell Inspiron N4110 laptop, serial number 51050Q1; a 32 gigabyte SD card; and a 2 gigabyte SD card.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY