# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| | ) | No.   16 CR 00679-1 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| Robert Demaria, | ) | |
| | ) | |

**ORDER**

Change of Plea hearing held. Defendant is on pretrial release and appeared in court with the assistance of counsel. Based on a plea declaration, Defendant entered a plea of guilty to Count 1. The Court found that Defendant is competent, has had the assistance of counsel, understands the charges and the maximum penalties, knows the rights Defendant is waiving by pleading and entering the plea voluntarily, and there is a factual basis for the plea. The Court accepted Defendant's plea of guilty to Count 1 (transportation of child pornography). The case is referred to the Probation Office for preparation of the presentence report. As required by Local Rule 32.1(e), the government shall submit its version by 09/22/2017. Defendant must submit his version by 09/29/2017. Any sentencing memoranda discussing 18 U.S.C. 3553(a) factors or objections to the presentence report must be filed (in one combined filing per side) on or before 11/27/2017. Any cross responses to be filed by 12/04/2017. Sentencing set for 12/13/2017 at 1:30 p.m. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770, 779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its Sentencing Recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. The parties are alerted that the Court sets aside both substantial in advance preparation time and substantial in-court time for sentencing hearings, and in light of the Court's crowded trial and sentencing calendar, the dates of sentencing hearings are firmly set. Any motion to continue a sentencing must be made in writing, well in advance of sentencing, and must expressly set forth good cause for a continuance. The parties shall confer on restitution in advance of the filing of the sentencing memoranda, and address restitution fully in the sentencing memoranda. With regard to Count 2, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), without objection, time is excluded under the Speedy Trial Act to serve the ends of justice from 09/08/2016 through 12/13/2017, in light of the scheduled sentencing on Count 1.

(X-T)

/ s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE:   September 8, 2017

1:00